UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**JASON D. SPRADLIN,**

    **Plaintiff,**

v.                                              Case No.  3:25-cv-175-MCR-ZCB

**LAKEVIEW LOAN SERVICING, LLC, et al.,**

    **Defendants.**

_____/

## ORDER

The Magistrate Judge issued a Report and Recommendation on July 23, 2025. *See* ECF No. 25.  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a *de novo* determination of all timely filed objections and responses to objections.  Having considered the Report and Recommendation and Plaintiff Jason Spradlin's objections, ECF No. 26, and other filings, ECF Nos. 28 & 29, I will adopt the Report and Recommendation in full, with three modifications as follows.

Accordingly, it is **ORDERED** that:

1. Defendants' motion to dismiss pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, ECF No. 22, is **GRANTED**, and Plaintiff's federal claims

are **DISMISSED** for failure to state a claim. The dismissal of Plaintiff's Real Estate Settlement Procedures Act (RESPA) claim against Defendant Williston is with prejudice because no allegations can change Williston's status as a natural person, as opposed to a lender, servicer, or creditor of Spradlin's Loan, and thus any attempt at amendment would be futile. Likewise, the dismissal of Plaintiff's Servicemembers Civil Relief Act (SCRA) claim is with prejudice because no allegations can change Spradlin's status as a non-veteran and thus any amendment would be futile, and the dismissal of Plaintiff's Truth In Lending Act (TILA) claim against Defendants is with prejudice because no allegations can change the Defendants' status as a non-creditor and a non-assignee. The dismissal of Plaintiff's Fair Dept Collection Practices Act (FDCPA) claim is without prejudice.

2. The Court **DECLINES** to exercise supplemental jurisdiction over Plaintiff's state law fraud and misrepresentation claim and that claim is **DISMISSED** without prejudice to Plaintiff pursuing it in state court.

3. Plaintiff's motion requesting a hearing and for ADA accommodations at that hearing, ECF No. 28, is **DENIED as moot**.

4. Plaintiff's motion requesting miscellaneous relief, ECF No. 29, is **DENIED**.

5. The Clerk is directed to close this case.

**DONE and ORDERED** this 3rd day of March 2026.

*M. Casey Rodgers*
**M. CASEY RODGERS
UNITED STATES DISTRICT JUDGE**